# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0439. KATRINA COOPER v. HOUSING AUTHORITY OF DEKALB COUNTY.

Applicant Katrina Cooper has filed a motion to withdraw this application for discretionary appeal. The motion is hereby GRANTED, and this application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/13/2026*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*